| AO 10<br>Rev. 1/2015 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2014** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>Cooper, Christopher R. | 2. Court or Organization<br><br>U.S. District Court for the District of Columbia | 3. Date of Report<br><br>05/15/2015 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |
| 7. Chambers or Office Address<br><br>333 Constitution Ave. NW<br>Washington, DC 20001 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | Partner | Covington & Burling LLP |
| 2. | Partner | ▮ Broad Street LLC |
| 3. | Director | Christian Benevolent Funeral Home, Inc. |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | Covington & Burling LLP (partnership income) | $339,228.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Arnold & Porter (compensation) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo | Mortgage on Rental Property 1 -- Washington DC | O |
| 2. | Private School #1 (Washington DC) | ▮ tuition | K |
| 3. | Private School #2 (Washington, DC) | ▮ tuition | K |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ASG Diversified Stock Income Portfolio (Managed Acct) | | | | | | | | | |
| 2. -- 3M | A | Dividend | J | T | | | | | |
| 3. -- Aflac | A | Dividend | J | T | | | | | |
| 4. -- Air Products & Chemicals | A | Dividend | J | T | | | | | |
| 5. -- Analog Devices | A | Dividend | J | T | | | | | |
| 6. -- AT&T | A | Dividend | J | T | | | | | |
| 7. -- ADP | A | Dividend | J | T | | | | | |
| 8. -- Baxter | A | Dividend | J | T | | | | | |
| 9. -- Becton Dickinson | A | Dividend | J | T | | | | | |
| 10. -- Chevron | A | Dividend | J | T | | | | | |
| 11. -- Chubb | A | Dividend | J | T | | | | | |
| 12. -- Clorox | A | Dividend | J | T | | | | | |
| 13. -- Colgate Palmolive | A | Dividend | J | T | Sold (part) | 09/19/14 | J | A | |
| 14. -- Conoco Phillips | A | Dividend | J | T | | | | | |
| 15. -- Eaton Vance | A | Dividend | J | T | | | | | |
| 16. -- Emerson Electric | A | Dividend | J | T | | | | | |
| 17. -- ExxonMobil | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -- Factset Research Sys Inc. | A | Dividend | J | T | | | | | |
| 19.  -- General Dynamics | A | Dividend | J | T | | | | | |
| 20.  -- General Mills | A | Dividend | J | T | | | | | |
| 21.  -- Grainger | A | Dividend | J | T | | | | | |
| 22.  -- Harris Corp. | A | Dividend | J | T | Sold (part) | 09/30/14 | J | A | |
| 23.  -- Illinois Tool Works | A | Dividend | J | T | | | | | |
| 24.  -- IBM | A | Dividend | J | T | | | | | |
| 25.  -- JM Smucker | A | Dividend | J | T | Sold (part) | 09/19/14 | J | A | |
| 26.  -- Johnson & Johnson | A | Dividend | J | T | | | | | |
| 27.  -- Kellogg | A | Dividend | J | T | | | | | |
| 28.  -- Lowes Companies | A | Dividend | J | T | | | | | |
| 29.  -- McDonalds | A | Dividend | J | T | Sold (part) | 09/19/14 | J | A | |
| 30.  -- Medtronic | A | Dividend | J | T | | | | | |
| 31.  -- Microsoft | A | Dividend | J | T | | | | | |
| 32.  -- Nextera Energy | A | Dividend | J | T | | | | | |
| 33.  -- Nordstrom | A | Dividend | J | T | | | | | |
| 34.  -- Norfolk Southern | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.    -- Northeast Utilities | A | Dividend | J | T | | | | | |
| 36.    -- Novartis | A | Dividend | J | T | | | | | |
| 37.    -- Paychex Inc. | A | Dividend | J | T | | | | | |
| 38.    -- PepsiCo | A | Dividend | J | T | | | | | |
| 39.    -- Phillips 66 | A | Dividend | J | T | | | | | |
| 40.    -- Polaris Indus. | A | Dividend | K | T | Sold<br>(part) | 10/02/14 | J | C | |
| 41.    -- Praxair Inc. | A | Dividend | J | T | | | | | |
| 42.    -- P&G | A | Dividend | J | T | | | | | |
| 43.    -- Qualcom | A | Dividend | J | T | Buy | 09/29/14 | J | | |
| 44.    -- Scana Corp. | A | Dividend | J | T | | | | | |
| 45.    -- Sigma Aldrich Corp. | A | Dividend | J | T | | | | | |
| 46.    -- Southern Company | A | Dividend | J | T | | | | | |
| 47.    -- Sysco Corp. | A | Dividend | J | T | | | | | |
| 48.    -- Target | A | Dividend | J | T | | | | | |
| 49.    -- United Technologies | A | Dividend | J | T | | | | | |
| 50.    -- VF Corp. | A | Dividend | J | T | | | | | |
| 51.    -- Wal-Mart | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- Wisconsin Energy | A | Dividend | J | T | | | | | |
| 53. Kayne Anderson Small/Mid Cap Core (Managed Acct) | | | | | | | | | |
| 54. -- Advanced Auto Parts | A | Dividend | | | Sold | 05/06/14 | J | B | |
| 55. -- Ansys Inc. | | None | J | T | | | | | |
| 56. -- Bank of Hawaii | A | Dividend | J | T | Buy | 03/31/14 | J | | |
| 57. -- CDW Corp. | A | Dividend | J | T | Buy | 12/04/14 | J | | |
| 58. -- Chuch & Dwight | A | Dividend | J | T | | | | | |
| 59. -- Clarcor | A | Dividend | J | T | | | | | |
| 60. -- Cohen & Steers | A | Dividend | J | T | Sold (part) | 08/21/14 | J | A | |
| 61. -- Copart | | None | J | T | Sold (part) | 01/27/14 | J | A | |
| 62. -- Core Labs | A | Dividend | J | T | | | | | |
| 63. -- Donaldson Company | A | Dividend | J | T | | | | | |
| 64. -- Dresser Rand Group | | None | J | T | | | | | |
| 65. -- Eaton Vance | A | Dividend | | | Sold | 11/11/14 | J | B | |
| 66. -- Equifax | A | Dividend | J | T | | | | | |
| 67. -- Expeditors Intl. | A | Dividend | J | T | | | | | |
| 68. -- Factset Research | A | Dividend | J | T | Sold (part) | 12/04/14 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -- Heico Corp. | A | Dividend | | | Sold | 02/11/14 | J | B | |
| 70. -- Hittite Microwave | | None | | | Sold | 06/10/14 | J | B | |
| 71. -- Jack Henry & Assoc. | A | Dividend | J | T | Sold (part) | 02/12/14 | J | B | |
| 72. -- Landstar Systems | | None | J | T | Sold (part) | 08/18/14 | J | A | |
| 73. -- Micros Systems | | None | | | Sold | 06/24/14 | J | C | |
| 74. -- Monotype Holdings | A | Dividend | J | T | | | | | |
| 75. -- MSC Industrial Dir. Co. | A | Dividend | J | T | Sold (part) | 08/19/14 | J | B | |
| 76. -- MSCI Inc. | A | Dividend | J | T | | | | | |
| 77. -- Nordson Corp. | A | Dividend | J | T | | | | | |
| 78. -- RBC Bearings | | None | J | T | | | | | |
| 79. -- Ross Stores | A | Dividend | J | T | Sold (part) | 12/04/14 | J | B | |
| 80. -- Sirona Dental Systems | | None | J | T | | | | | |
| 81. -- Snap-On Inc | A | Dividend | J | T | | | | | |
| 82. -- Techne Corp. | A | Dividend | | | Sold | 12/11/14 | J | B | |
| 83. -- Wabco Holdings | | None | J | T | | | | | |
| 84. -- Wolverine Worldwide | A | Dividend | J | T | | | | | |
| 85. -- World Fuel Service Corp. | A | Dividend | | | Sold | 02/24/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Amazon | | None | K | T | | | | | |
| 87. American Express | A | Dividend | K | T | | | | | |
| 88. Ameriprise | A | Dividend | J | T | | | | | |
| 89. BP | A | Dividend | J | T | | | | | |
| 90. Cisco | A | Dividend | K | T | | | | | |
| 91. Coke | A | Dividend | K | T | | | | | |
| 92. Eli Lilly | A | Dividend | J | T | | | | | |
| 93. F5 Networks | | None | K | T | | | | | |
| 94. GE | A | Dividend | J | T | | | | | |
| 95. Intel | B | Dividend | L | T | | | | | |
| 96. IShares MSCI Brazil ETF | A | Dividend | J | T | | | | | |
| 97. IShares MSCI Emrg Mrkts ETF | A | Dividend | K | T | | | | | |
| 98. IShares MSCI Japan ETF | A | Dividend | K | T | | | | | |
| 99. IShares MSCI Korea ETF | A | Dividend | K | T | | | | | |
| 100. IShares MSCI Russell 2000 ETF | A | Dividend | L | T | | | | | |
| 101. IShares MSCI Russell MidCap ETF | A | Dividend | L | T | | | | | |
| 102. Microsoft | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Powershares QQQ Ser1 ETF | B | Dividend | L | T | | | | | |
| 104. Sarepta Therapeutics | | None | J | T | | | | | |
| 105. SPDR Barclay High Yeild Bond ETF | B | Dividend | K | T | | | | | |
| 106. SPDR Dow Jones Ind. ETF | A | Dividend | K | T | | | | | |
| 107. SPDR S&P 500 ETF | D | Dividend | N | T | Sold (part) | 01/16/14 | M | D | |
| 108. SPDR S&P 500 ETF | D | Dividend | N | T | Sold (part) | 06/11/14 | L | D | |
| 109. SPDR S&P 500 ETF | D | Dividend | N | T | Buy (add'l) | 12/26/14 | L | | |
| 110. Tesoro Corp | A | Dividend | K | T | | | | | |
| 111. Waste Management | A | Dividend | K | T | | | | | |
| 112. Walker & Dunlop | A | Dividend | K | T | | | | | |
| 113. AIM Liquid Assets Port. Fund | A | Dividend | L | T | | | | | |
| 114. Arrow Inv Tactical Cl. C Fund | A | Dividend | K | T | | | | | |
| 115. Baron Sm. Cap Fund | D | Dividend | M | T | | | | | |
| 116. Blackrock Equity Dividend Fund | B | Dividend | M | T | | | | | |
| 117. Legg Mason Short Dur. Muni Fund | B | Dividend | M | T | Buy | 01/04/14 | M | | |
| 118. MFS International Value R5 Fund | B | Dividend | L | T | | | | | |
| 119. MFS Mass Inv. Gr Stock A Fund | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Vanguard Inst. Index Fund | C | Dividend | M | T | | | | | |
| 121. Vanguard Sm. Cap Index Signal Fund | A | Dividend | L | T | | | | | |
| 122. Dodge & Cox Stock Fund | A | Dividend | K | T | | | | | |
| 123. Columbia Small Cap Growth I Fund | A | Dividend | J | T | | | | | |
| 124. Virtus Real Estate Sec. Fund | A | Dividend | J | T | | | | | |
| 125. Credit Suisse Fl. Rate High Income Fund | C | Int./Div. | L | T | | | | | |
| 126. Credit Suisse Mid Term Senior Notes | D | Int./Div. | M | T | Buy | 01/06/14 | M | | |
| 127. Cullen International. High Dividend Fund | D | Dividend | M | T | Buy (add'l) | 01/02/14 | J | | |
| 128. Cullen International. High Dividend Fund | D | Dividend | M | T | Buy (add'l) | 10/17/14 | L | | |
| 129. Deutsche Managed Muni Bond Fund | B | Int./Div. | M | T | Buy (add'l) | 01/02/14 | J | | |
| 130. Deutsche Managed Muni Bond Fund | B | Int./Div. | M | T | Buy (add'l) | 12/11/14 | J | | |
| 131. Guggenheim Macro Oppy. Fund | C | Dividend | M | T | Buy | 01/16/14 | M | | |
| 132. Guggenheim Macro Oppy. Fund | C | Dividend | M | T | Buy (add'l) | 06/11/14 | K | | |
| 133. iShares JMP EM Bond ETF | A | Interest | | | Buy | 03/31/14 | J | | |
| 134. iShares JMP EM Bond ETF | A | Interest | | | Buy (add'l) | 06/11/14 | J | | |
| 135. iShares JMP EM Bond ETF | A | Interest | | | Sold | 10/15/14 | K | A | |
| 136. iShares MSCI EMU ETF | C | Dividend | L | T | Buy | 01/16/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. iShares MSCI EMU ETF | C | Dividend | L | T | Buy (add'l) | 06/11/14 | K | | |
| 138. iShares MSCI EMU ETF | C | Dividend | L | T | Sold (part) | 12/11/14 | K | | |
| 139. iShares US Oil & Gas Exploration & Prod. ETF | A | Dividend | | | Sold | 01/16/14 | K | B | |
| 140. Jo Hambro Intl. Fund | D | Dividend | M | T | Buy (add'l) | 01/16/14 | J | | |
| 141. Jo Hambro Intl. Fund | D | Dividend | M | T | Buy (add'l) | 12/29/14 | L | | |
| 142. Lateef Fund | D | Dividend | | | Buy | 06/26/14 | M | | |
| 143. Lateef Fund | D | Dividend | | | Sold | 12/11/14 | M | D | |
| 144. Lazard Emerging Markets Equity Fund | A | Dividend | K | T | | | | | |
| 145. Manor Growth Fund | A | Dividend | M | T | Buy | 12/12/14 | M | | |
| 146. Market Vectors Emrg. Mrkts. Loc. Curr. Bd ETF | A | Int./Div. | | | Sold | 01/16/14 | K | A | |
| 147. Market Vectors Inter. Muni. Index ETF | A | Int./Div. | M | T | Buy | 09/17/14 | L | | |
| 148. Market Vectors Inter. Muni. Index ETF | A | Int./Div. | M | T | Buy (add'l) | 09/30/14 | L | | |
| 149. Metropolitan West Tot. Return Bond Fund | B | Int./Div. | K | T | Buy (add'l) | 01/02/14 | J | | |
| 150. Metropolitan West Tot. Return Bond Fund | B | Int./Div. | K | T | Sold (part) | 01/16/14 | L | A | |
| 151. Morgan Stanley Mid Cap Growth Fund | A | Dividend | K | T | | | | | |
| 152. Oppenheimer Developing Mrkts. Fund | B | Dividend | M | T | Buy (add'l) | 01/02/14 | J | | |
| 153. Oppenheimer Developing Mrkts. Fund | D | Dividend | M | T | Buy (add'l) | 01/17/14 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Oppenheimer Developing Mrkts. Fund | D | Dividend | M | T | Buy (add'l) | 05/08/14 | M | | |
| 155. Oppenheimer Developing Mrkts. Fund | D | Dividend | M | T | Sold (part) | 06/11/14 | J | A | |
| 156. Oppenheimer Developing Mrkts. Fund | D | Dividend | M | T | Sold (part) | 10/15/14 | L | C | |
| 157. Oppenheimer Developing Mrkts. Fund | D | Dividend | M | T | Sold (part) | 10/20/14 | J | A | |
| 158. Oppenheimer Developing Mrkts. Fund | D | Dividend | M | T | Sold (part) | 12/11/14 | M | A | |
| 159. Oppenheimer Developing Mrkts. Fund | D | Dividend | M | T | Sold (part) | 12/26/14 | K | A | |
| 160. Powershares Sen. Loan Portfolio ETF | A | Int./Div. | | | Sold | 06/11/14 | J | A | |
| 161. PIMCO 0-5 Yr. High Yield Bond ETF | A | Dividend | | | Sold | 03/31/14 | J | A | |
| 162. Powershares DB Dollar Index ETF | | None | K | T | Buy | 10/15/14 | J | | |
| 163. Powershares Dynamic Buyback ETF | | None | L | T | Buy | 01/16/14 | L | | |
| 164. Powershares International Dividend Acheivers ETF | | None | | | Sold | 01/16/14 | L | C | |
| 165. Schooner Fund | B | Dividend | M | T | Buy (add'l) | 01/02/14 | K | | |
| 166. Schooner Fund | B | Dividend | M | T | Sold (part) | 06/11/14 | L | C | |
| 167. Select Sector Consumer Discretionary SPDR Fund | A | Dividend | | | Sold | 06/11/14 | K | C | |
| 168. SPDR Financial ETF | A | Dividend | L | T | Buy | 01/16/14 | K | | |
| 169. SPDR Financial ETF | A | Dividend | L | T | Sold (part) | 06/11/14 | K | A | |
| 170. SPDR Financial ETF | A | Dividend | L | T | Buy (add'l) | 12/11/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. SPDR Health Care ETF | A | Dividend | | | Buy | 06/11/14 | K | | |
| 172. SPDR Health Care ETF | A | Dividend | | | Sold | 12/11/14 | L | D | |
| 173. SDPR Industrial ETF | A | Dividend | | | Buy | 01/16/14 | K | | |
| 174. SPDR Industrial ETF | A | Dividend | | | Sold | 06/11/14 | K | B | |
| 175. SPDR Technology ETF | A | Dividend | L | T | Buy | 06/11/14 | K | | |
| 176. SPDR S&P Emerging Markets Asia Pacific ETF | A | Dividend | K | T | | | | | |
| 177. SSGA Active GSO Sr. Loan ETF | A | Dividend | K | T | Buy | 06/11/14 | K | | |
| 178. UBS E-TRACS Alerian MLP Infrastructure ETN | C | Dividend | | | Sold | 12/11/14 | L | A | |
| 179. Vanguard Short Term Bond Index ETF | A | Int./Div. | | | Sold | 01/16/14 | J | A | |
| 180. Vanguard Small Cap ETF | | None | | | Sold | 05/21/14 | L | C | |
| 181. Vanguard Int. Term Corp. Bond ETF | A | Dividend | K | T | Buy (add'l) | 06/11/14 | K | | |
| 182. Vanguard FTSE Developed Markets ETF | D | Dividend | N | T | Buy (add'l) | 06/11/14 | L | | |
| 183. Vanguard FTSE Developed Markets ETF | D | Dividend | N | T | Buy (add'l) | 12/26/14 | L | | |
| 184. Virtus Small Cap Core Fund | D | Dividend | | | Buy (add'l) | 01/02/14 | J | | |
| 185. Virtus Small Cap Core Fund | D | Dividend | | | Sold (part) | 06/11/14 | K | C | |
| 186. Virtus Small Cap Core Fund | D | Dividend | | | Sold | 06/26/14 | M | D | |
| 187. Wells Fargo Emerging Mrkt. Eqty Fund | | None | | | Buy (add'l) | 01/09/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Wells Fargo Emerging Mrkt. Eqty Fund | | None | | | Sold | 05/08/14 | M | D | |
| 189. Wisdom Tree Emerging Mrkts. Eq. Inc. Fund | A | Dividend | | | Sold | 10/15/14 | J | A | |
| 190. AllianceBernstein CBF-Age-Based Agg Grth 1999-2001 | | None | L | T | | | | | |
| 191. DC College Savings Plan – Calvert Equity Portfolio | | None | K | T | | | | | |
| 192. DC College Savings Plan – Calvert Balanced Portfolio | | None | J | T | | | | | |
| 193. DC College Savings Plan – State Street Equity 500 Index | | None | K | T | | | | | |
| 194. Christian Benevolent Funeral Home stock | D | Distribution | O | W | | | | | |
| 195. Commonwealth National Bank stock | | None | L | W | | | | | |
| 196. ▓▓▓ Broad Street LLC (LLC interest) | D | Distribution | L | W | | | | | |
| 197. Career Core, Inc. | | None | L | W | | | | | |
| 198. TriPoint Capital Partners (partnership interest) | C | Distribution | K | W | | | | | |
| 199. Rental property #1 -- Washington DC | E | Rent | P1 | W | | | | | |
| 200. Covington & Burling Pension Plan | | None | M | T | | | | | |
| 201. NatWest Bank Current Account | | None | J | T | | | | | |
| 202. Wells Fargo Cash Management & Sweep Accounts | A | Interest | O | T | | | | | |
| 203. Dreyfus Cash Management Accounts | A | Interest | N | T | | | | | |
| 204. Pershing Money Market Account | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Christian Benevolent Funeral Home -- note receivable | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 05/15/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Christopher R. Cooper**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544